**Yolanda F. HICKMAN, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2013–7100.**

United States Court of Appeals, Federal Circuit.

March 6, 2014.

Jamie Marie Atwood, ABS Legal Advocates, P.A., of Lawrence, Kansas, argued for claimant-appellant. On the brief was Virginia A. Girard–Brady.

L. Misha Preheim, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel and Christina L. Gregg, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel were Lara Eilhardt and Y. Ken Lee, Attorneys, United States Veterans Affairs, of Washington, DC.

RADER, Chief Judge, PROST, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**